UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CASE NO.   CR07-80 RSM |
| v. | ) | |
| WALTER JOSEPH LEWIS, | ) | DETENTION ORDER |
| Defendant. | ) | |

Offense charged:

    Count I:    False Statement, in violation of Title 18, U.S.C., Section 1001.

Date of Detention Hearing: March 14, 2007

    The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Carl Blackstone.  The defendant was represented by Peter Avenia.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1) The defendant is viewed as a risk of nonappearance as he has a history of failing to appear and at least two active warrants.  His ties to the Western District of Washington are unknown/unverified.

    (2) Defense counsel indicates that the defendant is homeless.  Defense also raises the specter of mental health conditions which at this point are not specific or verified.

    (3) Due to the defendant's criminal history and his history of failing to

comply, the defendant is viewed as a risk of danger. Thus, there is no condition or combination of conditions that would reasonably assure future court appearances.

**It is therefore ORDERED:**

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of March, 2007.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -2-