UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>WALTER JOSEPH LEWIS,<br><br>  Defendant. | Case No. CR07-80-RSM<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 2, 2008. The United States was represented by Assistant United States Attorney Carl H. Blackstone, and the defendant by Peter J. Avenia. The proceedings were digitally recorded.

The defendant had been charged and convicted of Making False Statements, in violation of 18 U.S.C. 1001. On or about July 13, 2007, defendant was sentenced by the Honorable Ricardo S. Martinez to a term of four months in custody, to be followed by three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health program, financial disclosure, $6,852.00 restitution, search, up to 90 days RRC and 90 days HC/EM with sobrieter.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

In a Petition for Warrant or Summons, dated September 22, 2008, U.S. Probation Officer Jennifer J. Tien asserted the following violations by defendant of the conditions of his supervised release:

(1) Failing to answer truthfully all inquires by the probation officer, in violation of the standard number 3.

(2) Using cocaine on or before August 27, 2008, in violation of standard condition number 7.

(3) Failing to provide a valid urine sample on September 2 and 3, 2008, in violation of the special condition of drug aftercare.

(4) Using cocaine on or before September 11, 2008, in violation of standard condition number 7.

(5) Failing to make regular restitution payments since June 2008, in violation of special condition that the defendant make monthly payments of $10.00.

On September 23, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 2, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2, 3, 4 and 5.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, 3, 4 and 5, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on October 24, 2008 at 2:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 2nd day of October, 2008.

*James P. Donohue*
———————————————
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:       Honorable Ricardo S. Martinez
    AUSA:                 Mr. Carl H. Blackstone
    Defendant's attorney: Mr. Peter J. Avenia
    Probation officer:    Ms. Jennifer J. Tien